**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

AMBER COLSTON, WILLIS
BRAMWELL and ROSEANN BLESSING,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

AMERITAS HOLDING COMPANY, THE
BOARD OF DIRECTORS OF
AMERITAS HOLDING COMPANY, THE
AMERITAS 401(K) RETIREMENT
PLAN COMMITTEE and JOHN
DOES 1- 30.

        Defendant.

**Case No. 4:23-cv-03137-CRZ**

## DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS

Ameritas Holding Company, the Board of Directors of Ameritas Holding Company, and the Ameritas 401(k) Retirement Plan Committee ("Defendants"), respectfully seek leave to file a brief Notice of Supplemental Authority ("Notice") regarding *Barrett v. O'Reilly Automotive, Inc.*, No. 23-2501, 2024 U.S. App. LEXIS 21941 (8th Cir. Aug. 29, 2024).

This additional briefing may be helpful to the Court because the Eighth Circuit's ruling concerns a motion to dismiss an ERISA claim supported by comparisons to aggregated data—the same Investment Company Institute ("ICI") data that Plaintiffs here rely upon in their Complaint— without a detailed account of services received. This is directly applicable to the current matter, where Plaintiffs have raised similarly barebones allegations. The proposed Notice is attached hereto.

WHEREFORE, Defendants respectfully request the Court grant Defendants leave to file the attached Notice of Supplemental Authority.

Dated: September 9, 2024

Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ René E. Thorne*
René E. Thorne (LA Bar #22875)
Rene.Thorne@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Tel:  504-208-5827
Fax:  504-208-1759

Dorothy D. McDermott, (IN Bar #24266-49)
Dorothy.McDermott@jacksonlewis.com
211 North Pennsylvania Street, Suite 1700
Indianapolis, IN 46204
Tel:  317-489-6930
Fax:  317-489-6931

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1(d)

The undersigned hereby certifies that the foregoing document complies with the requirements of Local Rule 7.1(d) and does not contain more than 13,000 words.  The undersigned further certifies that this brief, including all text, the caption, headings, footnotes, and quotations, contains 372 words as counted by Microsoft Word.

*/s/ René E. Thorne*
René E. Thorne

2

## <u>CERTIFICATE OF SERVICE</u>

On this day September 9, 2024, the undersigned did cause to be filed the foregoing document with the Court using the CM/ECF system, which will send notice of its filing to all counsel of record.

*/s/ René E. Thorne*

René E. Thorne

4872-7777-4561, v. 2

3