IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AMBER COLSTON, individually and on behalf of all others similarly situated; WILLIS BRAMWELL, individually and on behalf of all others similarly situated; and ROSEANN BLESSING, individually and on behalf of all others similarly situated;

Plaintiffs,

vs.

AMERITAS HOLDING COMPANY, THE BOARD OF DIRECTORS OF AMERITAS HOLDING COMPANY, THE AMERITAS 401(K) RETIREMENT PLAN COMMITTEE, and JOHN DOES 1-30,

Defendants.

**4:23CV3137**

**JUDGMENT**

Pursuant to the Memorandum and Order entered today,

**IT IS ORDERED** that judgment is hereby entered in favor of Defendants and against Plaintiffs. This case is dismissed with prejudice.

Dated this 8th day of September, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge